## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 07, 2013

William D. Kramer
William D. Kramer PA
3721 RUNNING DEER
SEBRING, FL 33872

Appeal Number:  11-15292-BB
Case Style:  Tina Travaglio v. AXP, et al
District Court Docket No:  8:10-cv-01311-VMC-AEP

**CIVIL APPEALS ARE GOVERNED BY <u>STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT WWW.CA11.USCOURTS.GOV**

The brief filed by you in the referenced appeal is deficient because you have not uploaded your brief in electronic format to the court's Electronic Filing web site. See 11th Cir. R. 31-5. You must upload your brief within **FOURTEEN (14) DAYS** from this date. If you have problems uploading your brief, you may contact the clerk assigned to your case.

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

If you intend to make the corrections to the existing briefs, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new set of briefs that include the necessary corrections.

The corrected brief must be served on all parties to this appeal. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

**Please provide the court with a letter regarding your retirement and your inability to locate your client.**

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

BR-8CIV Civil brief deficiency letter